COMMISSIONER OF INTERNAL REVE-
NUE v. Robert H. HARVEY.

No. 5174.

Circuit Court of Appeals, Seventh Circuit.

Feb. 17, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

Charles LeForgee, of Chicago, Ill., for respondent.

Before ALSCHULER and EVANS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 13, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. HECO ENVELOPE COMPANY.

No. 5152.

Circuit Court of Appeals, Seventh Circuit.

Feb. 6, 1934.

I. N. Nelson, of Chicago, Ill., for respondent.

Frank J. Wideman, of Washington, D. C., for petitioner.

Before ALSCHULER, EVANS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on August 14, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. Mrs. O. L. HICKMAN.

SAME v. O. L. HICKMAN.

Nos. 6976, 6977.

Circuit Court of Appeals, Fifth Circuit.

March 5, 1934.

Frank J. Wideman, Asst. Atty. Gen., Carlton Fox and Sewall Key, Sp. Assts. to Atty. Gen., and E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and B. M. Coon, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Sidney M. Cook, of Shreveport, La., for respondent.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

PER CURIAM.

The Board of Tax Appeals decided that certain expenditures made in the drilling of an oil well are returnable to the respondents as taxpayers through depreciation rather than through depletion. Since the Board's decision, the opposite view has been adopted by the Supreme Court. United States v. Dakota-Montana Oil Co., 288 U. S. 459, 53 S. Ct. 435, 77 L. Ed. 893; Petroleum Exploration v. Burnet, 288 U. S. 467, 53 S. Ct. 439, 77 L. Ed. 898. Therefore the petitions for review are granted, and the causes remanded for further proceedings.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Edward S. MAD-
DOCK, Respondent.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Sydney D. MAD-
DOCK, Respondent.

Nos. 196, 197.

Circuit Court of Appeals, Second Circuit.

Jan. 29, 1934.